FILED BY_____*MB*_____D.C.

**Apr 11, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 23-MJ-00028-SMM

UNITED STATES OF AMERICA,

v.

ISAIAS PABLO-FABIN,
                    Defendant.
_____/

### CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No.**

2.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?     **No.**

3.  Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  **No.**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:     _____

**DIANA M. ACOSTA**
Assistant United States Attorney
FL Bar No. 775185
101 S. U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 466-0899
Email: Diana.Acosta@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Diana M. Acosta

## UNITED STATES DISTRICT COURT
for the

Southern District of Florida

<table>
<tr><td>United States of America<br>v.<br><br>ISAIAS PABLO-FABIN,</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.  23-MJ-00028-SMM</td></tr>
</table>

*Defendant(s)*

FILED BY _____ **MB** ___ D.C.

**Apr 11, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 28, 2023 _____ in the county of _____ Martin County _____ in the
_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Marc R. Blumsack, Deportation Officer, ICE/ERO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date:  April 11, 2023

_____
*Judge's signature*

City and state::           Fort Pierce, Florida

Shaniek Mills Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Marc Blumsack, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2016.  I am currently assigned to Enforcement and Removal Operations, Criminal Apprehension Program, Stuart, Florida.  As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States.  I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Isaias PABLO-Fabin a/k/a Isaias PABLO-Fabian ("PABLO") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

3.      On or about March 28, 2023, PABLO was arrested on state offenses of lewd or lascivious battery on a victim age 12 to 16 (two counts), in violation of FL Stat. 800.04(a)(1) and compiling, entering into, or transmitting information for sex purposes using a computer (one count), in violation of FL Stat. 847.0135(2)(a), in Case No. 23CF359, in Martin County, Florida.  As part of the booking process, PABLO was fingerprinted by the Martin County Jail booking officials.  Martin County Jail booking officials sent a notification of arrest of a non-citizen to ICE which contained biographical information on PABLO, including name, date of birth, country of birth, booking numbers

and charges pending. Martin County Jail officials also provided PABLO's FBI number. The FBI number was entered into IDENT and EARM, biometric databases maintained by the Department of Homeland Security, as well as NCIC, the National Crime Information Center. The FBI number matched to an individual named Isaias PABLO-Fabin, who was previously removed from the United States to Guatemala. The fingerprints were later electronically submitted to a federal database maintained by the Department of Homeland Security, which confirmed a positive match for an alien previously removed from the United States.

4.      I reviewed documents from the immigration alien file belonging to PABLO, AXXX XXX 131. A review of Department of Homeland Security electronic records and the immigration alien file assigned to PABLO show that he is a native and citizen of Guatemala. Records show that on or about November 14, 2017, PABLO was ordered removed from the United States. Records in the alien file show that on or about January 3, 2018, PABLO was removed from the United States to Guatemala.

5.      Criminal records indicate that on November 20, 2017, PABLO was convicted in the United States District Court, Western District of Texas, Pecos Division, Case No. 17-M-02080(1), for the offense of Improper Entry by Alien. PABLO was sentenced to time served.

6.      PABLO's fingerprint card from his March 28, 2023, arrest was entered into the IDENT system, a biometric database maintained by the Department of Homeland Security. Results confirmed that the fingerprints belong to the individual who was previously removed from the United States, that is, Isaias PABLO-Fabin a/k/a Isaias PABLO-Fabian.

7.     A record check was performed in the Computer Linked Application Informational Management System (CLAIMS) to determine if PABLO had filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that PABLO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8.     Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about March 28, 2023, Isaias PABLO-Fabin a/k/a Isaias PABLO-Fabian, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Marc R. Blumsack
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me, by videoconference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this __11th__ day of April, 2023.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE

3